# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

### SERVICE LIST

On-Line Services, Ltd. LLC
03-04806

Parties Served by Electronic Means:

United States Trustee

Thomas L. Fiegen     fiegenlawfirm@ccr.net

Francis Wm. Henkels     fhenkels@rothandhenkels.com, kbartels@rothandhenkels.com

Wesley B. Huisinga     wbh@shuttleworthlaw.com,

Wesley B. Huisinga     wbh@shuttleworthlaw.com, cam@shuttleworthlaw.com;whuisinga2@ecf.epiqsystems.com

Thomas G. McCuskey     mccuskeytompc@qwest.net,

Rush M. Shortley     rush@shortleylaw.com

H. Raymond Terpstra     RTerpstra@TEWLaw.net, mklingler@tewlaw.net

US Attorney - CR     USAO.IAN-CIV-CR@usdoj.gov,

Parties Served by Non-Electronic Means:

Julie Johnson McLean
666 Walnut Street, Suite 2500
Des Moines, IA 50309-3993

The following transaction was entered on 10/28/2004 at 3:59 PM CDT and filed on 10/28/2004
kboe